**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000431**
**25-APR-2024**
**08:34 AM**
**Dkt. 109 ODMR**

NO. CAAP-23-0000431

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DANIEL M. SANDOMIRE; KATY YEN-JU CHEN; TRUDI MELOHN,
individually and as Co-Trustee under the William
Charles Melohn III Revocable Trust dated June 4, 2010
and Co-Trustee under the Trudi Melohn Revocable Trust
dated June 4, 2010; and WILLIAM CHARLES MELOHN III,
individually and as Co-Trustee under the William
Charles Melohn III Revocable Trust dated June 4, 2010
and Co-Trustee under the Trudi Melohn Revocable Trust
dated June 4, 2010, Plaintiffs-Appellees, v.
DAVID EDWARD BROWN and LANHUA KAO BROWN,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC151002267)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Wadsworth, Presiding Judge, and McCullen and Guidry, JJ.)

Upon consideration of the motion for reconsideration
filed on April 3, 2024, by Defendants-Appellants David Edward
Brown and Lanhua Kao Brown (**Appellants**), it appears that:

(1)  Appellants move for reconsideration of the
March 25, 2025 Order denying the February 5, 2024 "2nd Motion to
Stay A) Final Judgment [ROA 499] and All Related Orders
Including: B) Garnishee Summons October 20, 2023 [CC DKT 543,
Exhibit 1] C) the 'Order Granting in Part and Denying in Part
Plaintiffs' Motion for an Award of Attorneys' Fees and Costs,'
March 16, 2023; [ROA 450]; D) Garnishee Order, December 15, 2023
[CC DKT 561, Exhibit 2]; E) 2nd Garnishee Order, January 30,
2024,[CC DKT 575; Exhibit 3]," as well as the February 9, 2024
motion with the same title.

(2)   The motion for reconsideration presents no point of law or fact that this court overlooked or misapprehended.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, April 25, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge